*E-Filed 11/7/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIUS ROY BRAGG, | No. C 10-4695 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME;** |
| v. | **ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL**; |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | **INSTRUCTIONS TO CLERK** |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. Defendants' motion for an extension of time to file a dispositive motion (Docket No. 22) is GRANTED. Defendants shall file such motion within 60 days from the date this order is filed. Defendants' motion to substitute counsel (Docket No. 23) is GRANTED. Martin H. Dodd, State Bar No. 104363, is now counsel of record for defendants, and Matthew W. Roman, State Bar No. 267717, is hereby terminated as counsel. The Clerk shall amend the docket to reflect these changes, and terminate Docket No. 22.

**IT IS SO ORDERED**.

DATED: November 7, 2011

RICHARD SEEBORG
United States District Judge

No. C 10-4695 RS (PR)
ORDER EXTENDING TIME