1  J. RANDALL ANDRADA (SBN 70000)
   randrada@andradalaw.com
2  MATTHEW ROMAN (SBN 267717)
   mroman@andradalaw.com
3  **ANDRADA & ASSOCIATES**
   **PROFESSIONAL CORPORATION**
4  180 Grand Avenue, Suite 225
   Oakland, California  94612
5  Tel.:   (510) 287-4160
   Fax:   (510) 287-4161
6
   Attorneys for Defendants
7  NANCY ADAM, MICHAEL SAYRE, M.D.,
   ARNOLD SCHWARZENEGGER, and
8  CLAIRE L. WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS ROY BRAGG,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, J. CLARK KELSO, MICHAEL C. SAYRE, CLAIRE L. WILLIAMS, NANCY ADAM, G.D. LEWIS, DIRECTOR OF CORRECTIONS,<br><br>    Defendants. | Case No.:  3:10-cv-04695-RS<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  October 18, 2010 |

Defendants NANCY ADAM, MICHAEL SAYRE, CLAIRE L. WILLIAMS, and ARNOLD SCHWARZENEGGER, by and through their counsel, MATTHEW ROMAN of Andrada & Associates, and Plaintiff, JULIUS ROY BRAGG, in pro se, submit the following Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

///

///

///

///

///

1    IT IS HEREBY STIPULATED that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

IT IS FURTHER STIPULATED that each party shall bear its own costs.

Date:                                                                 JULIUS ROY BRAGG


                                                                      By _____
                                                                          JULIUS ROY BRAGG


Dated: February 20, 2014                                              ANDRADA & ASSOCIATES


                                                                      By _____
                                                                          MATTHEW ROMAN
                                                                          Attorneys for Defendants


Plaintiff JULIUS ROY BRAGG's claims against Defendants NANCY ADAM, MICHAEL SAYRE, CLAIRE L. WILLIAMS, and ARNOLD SCHWARZENEGGER are HEREBY DISMISSED WITH PREJUDICE pursuant to the stipulation between the parties.

IT IS SO ORDERED.

DATED:  3/20/14

                                                                      _____
                                                                      HONORABLE RICHARD SEEBORG